■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SHIVAS, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Carey, J.), rendered March 31, 1989, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Brown, Balletta and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN WARD, JR., Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Ain, J.), rendered March 28, 1989, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions with respect to the voluntariness of his plea have not been preserved for appellate review as he did not move to withdraw his plea pursuant to CPL 220.60 (3) or to vacate the judgment of conviction pursuant to CPL 440.10 *(see, People v Lopez,* 71 NY2d 662; *People v Pellegrino,* 60 NY2d 636). In any event, a review of the record reveals that the defendant's plea was knowingly and voluntarily entered with the assistance of counsel *(see, People v Harris,* 61 NY2d 9). Furthermore, by pleading to a lesser crime in full satisfaction of those charged in the superior court information, the defendant forfeited the right to challenge the factual basis of the plea *(see, People v Adams,* 57 NY2d 1035; *People v Rivera,* 143 AD2d 783). Thompson, J. P., Brown, Balletta and Miller, JJ., concur.